**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

UNITED STATES OF AMERICA,

                Plaintiff,      :      Case No. 1:12-cr-127
                                                      Also Case No. 1:17-cv-436

-vs-

                                                      District Judge Susan J. Dlott
CARLOS MATEO,                               Magistrate Judge Michael R. Merz

                Defendant.      :

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 97), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, despite an extension of time, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the § 2255 Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

August __24__, 2017.                             s/Susan J. Dlott
                                                       Susan J. Dlott
                                                       United States District Judge